# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Darian Martin,<br><br>     Plaintiff<br><br>v.<br><br>Aargon Agency, Inc., et al,<br><br>     Defendants | 2:15-cv-02362-JAD-PAL<br><br>**Order Dismissing Case** |

Darian Martin commenced this action on December 9, 2015, by filing a "Motion for Summary Judgment,"[1] thus skipping critical steps in the process of this federal lawsuit. On December 31, 2015, I gave Martin until January 15, 2016, to file a proper complaint. I cautioned, "If Martin does not file a complaint by January 15, 2016, this case will be dismissed without further prior notice."[2]

Martin did not file a complaint by January 15, 2016.

Accordingly, with good cause appearing and no reason for delay, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that **this case is DISMISSED** without prejudice. **The Clerk of Court is directed to CLOSE THIS CASE**.

Dated this 19th day of January, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 1.

[2] ECF 8.