UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Darian Martin,<br><br>      Plaintiff<br><br>v.<br><br>Aargon Agency, Inc., et al,<br><br>      Defendants | 2:15-cv-02362-JAD-PAL<br><br>**Order Denying Motion for<br>Clerk's Entry of Default**<br><br>**[ECF 13]** |

Darian Martin commenced this action on December 9, 2015, by filing a "Motion for Summary Judgment,"[1] skipping critical steps in the process of this federal lawsuit. I ordered Martin to file a proper complaint by January 15, 2016, or have his case dismissed.[2] When he failed to file a complaint by that deadline, I dismissed and closed this case on January 19, 2016.[3]

Ignoring both of my orders and the fact that this case has been closed and is over, Martin filed a motion to have default entered against the defendants.[4] Because this case has been dismissed and closed, it is too late for Martin to ask for this relief.

Accordingly, IT IS HEREBY ORDERED that Martin's Motion for Clerk's Entry of Default **[ECF 13] is DENIED.** If Martin wishes to file a lawsuit related to the issues raised in his "Motion for Summary Judgment" or against the parties he wishes to default, **he must file a new lawsuit** and begin it not with a motion for summary judgment but with an appropriate complaint as required by the rules of this court.

Dated this 25th day of February, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 1.

[2] ECF 8.

[3] ECF 10.

[4] ECF 13.